UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02863
   JOE S LOWE
   SANDRA S LOWE                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7069    SSN XXX-XX-3192

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/29/05 and confirmed on 05/05/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  47621.28 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| US BANK | SECURED | 840.90 | 7.58 | 840.90 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL RETAIL SER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 636.98 | .00 | 636.98 |
| ECAST SETTLEMENT CORP | UNSECURED | 1358.48 | .00 | 1358.48 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6096.71 | .00 | 6096.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20818.62 | .00 | 20818.62 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 539.37 | .00 | 539.37 |
| KOHLS | UNSECURED | 1427.38 | .00 | 1427.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 471.77 | .00 | 471.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2700.51 | .00 | 2700.51 |
| ECAST SETTLEMENT CORP | UNSECURED | 550.21 | .00 | 550.21 |
| US BANK | UNSECURED | 6005.44 | .00 | 6005.44 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 768.49 | .00 | 768.49 |
| WILL COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 448.17 | .00 | 448.17 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 404.17 | .00 | 404.17 |

             Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 840.90 | .00 | 42226.30 | .00 | 43067.20 |
| PRINCIPAL PAID | 840.90 | .00 | 42226.30 | .00 | 43067.20 |

```
INTEREST PAID              7.58        .00           .00          .00        7.58
TOTAL PAID               848.48        .00     42226.30          .00    43074.78
```

The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   2200.00
and was paid $   1200.00  direct and $   1000.00  through the plan.

The Trustee received $   1786.06 .

Refunds to the Debtor totaled $   1760.44 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/07              /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE